1  MELINDA S RIECHERT, State Bar No. 65504
   ALEXANDER NESTOR, State Bar No. 202795
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2212
4  Tel: 650.843.4000
   Fax: 650.843.4001
5  E-mail: mriechert@morganlewis.com

6  Attorneys for Defendants
   HEWLETT-PACKARD COMPANY
7

8  BARRY B. KAUFMAN, ESQ., SBN 113586
   LAW OFFICES OF BARRY B. KAUFMAN, *APC*
9  16133 Ventura Blvd., Suite 700
   Encino, California 91436
10 Tel: 818.995.9115
   Fax: 818.995.9120
11 E-mail: bbkaufman@earthlink.net

12 Attorney for Plaintiff
   BARRY KLIFF
13

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KLIFF,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation, YVONNE HUNT, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. C-05-01438 JW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF DATE AND EXPERT WITNESS DISCLOSURE DATES |

　　　WHEREAS, the Court's August 3, 2005 Scheduling Order set: (1) July 21, 2006, as the date on which discovery closes, and (2) May 19 and 29, 2006, as the dates for disclosure of expert witnesses and rebuttal expert witnesses, respectively;

　　　WHEREAS, the parties agree that after completing one more deposition, scheduled for May 25, 2006, the case will be ripe for Defendant to file a summary judgment motion;

WHEREAS, the parties agree that it is in their best interests to litigate Defendant's summary judgment motion before expending further time and resources completing discovery, including additional depositions and expert discovery;

WHEREAS, the parties have agreed on July 24, 2006, as the summary judgment hearing date;

WHEREAS, the parties have not previously requested any continuance and do not by this stipulation intend to affect any other dates in the Court's August 3, 2005 Scheduling Order;

THEREFORE, the parties stipulate and hereby respectfully request that the Court issue an order continuing: (1) the discovery cut-off date to September 21, 2006, and (2) the expert witness and rebuttal expert witness disclosure dates to August 18 and 28, 2006, respectively.

MORGAN, LEWIS & BOCKIUS LLP

DATED: 5/04/06

_____
Alexander Nestor
Attorneys for Defendant Hewlett-Packard Company

LAW OFFICES OF BARRY B. KAUFMAN, *APC*

DATED: _____

_____
Barry B. Kaufman
Attorney for Plaintiff Barry Kliff

**ORDER**

Pursuant to the parties' STIPULATION, and GOOD CAUSE having been shown therefor, IT IS SO ORDERED:

DATED: MAY 5, 2006

_____
The Honorable James Ware
United States District Judge

1  WHEREAS, the parties agree that it is in their best interests to litigate Defendant's
2  summary judgment motion before expending further time and resources completing discovery,
3  including additional depositions and expert discovery;
4  WHEREAS, the parties have agreed on July 24, 2006, as the summary judgment hearing
5  date;
6  WHEREAS, the parties have not previously requested any continuance and do not by this
7  stipulation intend to affect any other dates in the Court's August 3, 2005 Scheduling Order;
8  THEREFORE, the parties stipulate and hereby respectfully request that the Court issue an
9  order continuing: (1) the discovery cut-off date to September 21, 2006, and (2) the expert witness
10 and rebuttal expert witness disclosure dates to August 18 and 28, 2006, respectively.

MORGAN, LEWIS & BOCKIUS LLP

DATED: _____
Alexander Nestor
Attorneys for Defendant Hewlett-Packard
Company

LAW OFFICES OF BARRY B. KAUFMAN, *APC*

DATED: May 4, 2006  _____[signature]_____
Barry B. Kaufman
Attorney for Plaintiff Barry Kliff

### ORDER

Pursuant to the parties' STIPULATION, and GOOD CAUSE having been shown therefor,
IT IS SO ORDERED:

DATED: _____
The Honorable James Ware
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3586634.1                    2              STIPULATION AND [PROPOSED] ORDER
                                                 CONTINUING DISCOVERY CUT-OFF
                                                 DATE – CASE NO. (C-05-01438 JW)