1  LAW OFFICES OF BARRY B. KAUFMAN, *APC*
   BARRY B. KAUFMAN, ESQ. (SBN 113586)
2  16133 Ventura Blvd., Suite 700
   Encino, California 91436
3  (818) 995-9115 -- phone
   (818) 995-9120 -- fax
4  bbkaufman@earthlink.net -- e-mail

5  Attorneys for Plaintiff Barry Kliff

6

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 BARRY KLIFF, an individual,        )   CASE NO. C-05-01438 JW
                                      )
12              Plaintiff,            )   *Assigned to the Hon. James Ware*
                                      )
13       vs.                          )
                                      )   STIPULATION TO PERMIT LEAVE TO
14 HEWLETT-PACKARD COMPANY,           )   AMEND COMPLAINT; [PROPOSED]
   a Delaware Corporation; and DOES 1 )   ORDER GRANTING LEAVE TO
15 through 50, inclusive.             )   AMEND
                                      )
16              Defendants.           )
   _____)

17

18

19      IT IS HEREBY STIPULATED by and between plaintiff Barry Kliff ("Plaintiff") and

20 defendant Hewlett Packard Company ("Defendant"), through their respective counsel of

21 record, follows:

22

23      1.      The original complaint in this action was filed on April 5, 2005.

24

25      2.      The pre-trial scheduling of this matter is set forth in the Court's Scheduling

26 Order dated August 3, 2005. The Preliminary Pre-trial and Trial Setting Conference is

27 currently set for October 23, 2006.

28 / / /

**STIPULATION AND ORDER TO PERMIT LEAVE TO AMEND COMPLAINT**

3.      The parties participated in the Court-ordered Early Neutral Evaluation ("ENE") program on December 15, 2005.  The ENE was unsuccessful in amicably resolving the dispute.

4.      Both prior to and subsequent to the ENE, Plaintiff and Defendant's counsel have taken depositions of Plaintiff and certain of Defendant's witnesses.  Further sessions of deposition are to be scheduled pursuant to agreement of counsel.

5.      Plaintiff's counsel has forwarded to Defendant's counsel two drafts of a proposed First Amended Complaint which, among other things, deletes any reference to Yvonne Hunt as a "defendant" in the case.  While defendant HP continues to deny and dispute the allegations set forth in the First Amended Complaint, the parties have "met and conferred" as precursor to Plaintiff filing a noticed Motion for Leave to Amend in order to obtain a Court order permitting amendment to the complaint.  In lieu of filing such a motion, defendant HP has stipulated to permit the proposed amendments and intends to file an Answer thereto within 20 days of the date on which an Order allowing leave to amend is entered.

6.      The parties agree that the amendments to the Complaint will not delay or impede discovery or other pre-trial preparation of the case.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**STIPULATION AND ORDER TO PERMIT LEAVE TO AMEND COMPLAINT**

Kliff Pleading/Stipulation.3

7.     Accordingly, Plaintiff and Defendant jointly request that the Court enter an order granting Plaintiff leave to amend to file a First Amended Complaint in the same form as the draft recently forwarded to Defendant's counsel (a copy of which is attached hereto as Exhibit "A" and incorporated herein by this reference)..

Dated: April __, 2006

LAW OFFICES OF BARRY B. KAUFMAN
*A Professional Corporation*

By: _____
    Barry B. Kaufman
    Attorney for Plaintiff Barry Kliff

Dated April 27, 2006

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Alexander Nestor
    Attorney for Defendant Hewlett-Packard Company

## ORDER

IT IS SO ORDERED.  Plaintiff shall be (and hereby is) afforded leave to amend to file his First Amended Complaint in the form attached hereto as Exhibit "A."

Dated: MAY 30, 2006

_____
The Honorable James Ware
United States District Judge

*Kliff v. Hewlett-Packard Co., et al.*          3          Case No. C 05-01438 JW

**STIPULATION AND ORDER TO PERMIT LEAVE TO AMEND COMPLAINT**