**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Barry Kliff, | NO. C 05-01438 JW |
|       Plaintiff,<br>  v.<br>Hewlett Packard Company, et al.,<br>      Defendants. | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

    Defendant Hewlett Packard Company noticed and filed a Motion for Summary Judgment or, Alternatively, Summary Adjudication for a hearing on July 31, 2006.   Due to the Court's own unavailability, the hearing is continued to **September 25, 2006 at 9 a.m.**  The parties shall adhere to the briefing schedule pursuant to the Civil Local Rules of this Court.

Dated:   June 28, 2006

                                                  JAMES WARE<br>                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexander Nestor anestor@morganlewis.com
Barry B. Kaufman bbkaufman@earthlink.net
Melinda S. Riechert mriechert@morganlewis.com

**Dated:  June 28, 2006**                              **Richard W. Wieking, Clerk**

                                                       **By:    /s/ JW Chambers**
                                                              **Melissa Peralta**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California