MELINDA S RIECHERT, State Bar No. 65504
ALEXANDER NESTOR, State Bar No. 202795
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants
HEWLETT-PACKARD COMPANY


BARRY B. KAUFMAN, ESQ., SBN 113586
LAW OFFICES OF BARRY B. KAUFMAN, *APC*
16133 Ventura Blvd., Suite 700
Encino, California 91436
Tel: 818.995.9115
Fax: 818.995.9120
E-mail: bbkaufman@earthlink.net

Attorney for Plaintiff
BARRY KLIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KLIFF,<br><br>        Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation, YVONNE HUNT, an individual; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. C-05-01438 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF DATE, EXPERT WITNESS DISCLOSURE DATES, AND TRIAL SETTING CONFERENCE DATES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3603031.2

STIPULATION AND [PROPOSED] ORDER
CONTINUING DISCOVERY CUT-OFF
DATE – CASE NO. (C-05-01438 JW)

WHEREAS, the parties filed a stipulation on May 4, 2006, requesting that the Court continue the scheduled expert disclosure and discovery cut-off dates because the parties believed the case was ripe for Defendant to file a summary judgment motion and it was in their best interests, as well as the Court's, to litigate Defendant's summary judgment motion before expending further time and resources completing discovery, including additional depositions and expert discovery;

WHEREAS, the parties proposed that the expert witness disclosure date be moved to August 18, 2006, the rebuttal expert witness disclosure date to August 28, 2006, and the discovery cut-off date to September 21, 2006;

WHEREAS the Court agreed to the parties' stipulation and signed their proposed order on May 5, 2006;

WHEREAS, Defendant filed its summary judgment motion on June 26, 2006, and scheduling a hearing date for July 31, 2006;

WHEREAS, the Court issued an Order on June 28, 2006, continuing the hearing date until September 25, 2006 due to its unavailability;

WHEREAS, the Court granted Plaintiff's motion to enlarge time in which to file his opposition to Defendant's summary judgment motion and continued the hearing date on Defendant's summary judgment motion to October 2, 2006;

THEREFORE, the parties stipulate and hereby respectfully request that the Court issue an order continuing the following dates as indicated so that the parties can litigate Defendant's summary judgment motion before expending further time and resources completing discovery, including additional depositions and expert discovery:

1) Last day for designated expert witnesses to produce their Rule 26 Reports is October 23, 2006;

2) Last day for Fact Discovery and Expert Discovery is November 22, 20006;

3) Last day to file/lodge the Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order with chambers is December 8, 2006;

4) The Preliminary Pretrial and Trial Setting Conference is December 18, 2006.

---

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

1-PA/3603031.2

1

STIPULATION AND [PROPOSED] ORDER
CONTINUING DISCOVERY CUT-OFF
DATE – CASE NO. (C-05-01438 JW)

1
2
3 DATED: 9/8/06

MORGAN, LEWIS & BOCKIUS LLP

_____
Alexander Nestor
Attorneys for Defendant Hewlett-Packard Company

4
5
6

LAW OFFICES OF BARRY B. KAUFMAN, APC

7
8 DATED: 9/8/06

_____
Barry B. Kaufman
Attorney for Plaintiff Barry Kliff

9
10
11

**ORDER**

12 Pursuant to the parties' STIPULATION, and GOOD CAUSE having been shown therefor,
13 IT IS SO ORDERED:
14
15 DATED: 9/12/06

_____
The Honorable James Ware
United States District Judge

16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3603031.2                    2         STIPULATION AND [PROPOSED] ORDER
                                            CONTINUING DISCOVERY CUT-OFF
                                            DATE – CASE NO. (C-05-01438 JW)