MELINDA S RIECHERT, State Bar No. 65504
ALEXANDER NESTOR, State Bar No. 202795
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants
HEWLETT-PACKARD COMPANY


BARRY B. KAUFMAN, ESQ., SBN 113586
LAW OFFICES OF BARRY B. KAUFMAN, *APC*
16133 Ventura Blvd., Suite 700
Encino, California 91436
Tel: 818.995.9115
Fax: 818.995.9120
E-mail: bbkaufman@earthlink.net

Attorney for Plaintiff
BARRY KLIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KLIFF,<br><br>          Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation, YVONNE HUNT, an individual; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. C-05-01438 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF DATE, EXPERT WITNESS DISCLOSURE DATES, AND TRIAL SETTING CONFERENCE DATES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3610315.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING DISCOVERY CUT-OFF
DATE – CASE NO. (C-05-01438 JW)

WHEREAS, the parties filed, and the Court approved, a stipulation on May 4, 2006, requesting that the Court continue the scheduled expert disclosure and discovery cut-off dates because the parties believed the case was ripe for Defendant to file a summary judgment motion and it was in their best interests, as well as the Court's, to litigate Defendant's summary judgment motion before expending further time and resources completing discovery, including additional depositions and expert discovery;

WHEREAS, the parties filed, and the Court approved, a stipulation on September 12, 2006, requesting that the Court continue the scheduled expert disclosure and discovery cut-off dates again because the Court continued the hearing date on Defendant's summary judgment motion until September 25, 2006 due to its unavailability, and then to October 3, 2006, due to Plaintiff's request;

WHEREAS, the Court took Defendant's motion under submission following the hearing on October 3, 2006;

THEREFORE, the parties stipulate and hereby respectfully request that the Court issue an order continuing the following dates as indicated so that the parties can avoid expending further time and resources completing discovery, including additional depositions and expert discovery, until the Court rules on Defendant's motion:

1) Last day for designated expert witnesses to produce their Rule 26 Reports is November 20, 2006;

2) Last day for Fact Discovery and Expert Discovery is December 22, 2006;

3) Last day to file/lodge the Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order with chambers is January 12, 2007;

4) The Preliminary Pretrial and Trial Setting Conference is January 22, 2007.

|   |   |   |
|---|---|---|
| 1 |   | MORGAN, LEWIS & BOCKIUS LLP |
| 2 |   |   |
| 3 | DATED: 10/17/06 | _____ |
| 4 |   | Alexander Nestor |
|   |   | Attorneys for Defendant Hewlett-Packard Company |

LAW OFFICES OF BARRY B. KAUFMAN, *APC*

DATED:_____

_____
Barry B. Kaufman
Attorney for Plaintiff Barry Kliff

## ORDER

Pursuant to the parties' STIPULATION, and GOOD CAUSE having been shown therefor, IT IS SO ORDERED:

DATED:_____

_____
The Honorable James Ware
United States District Judge

| | |
|---|---|
| | MORGAN, LEWIS & BOCKIUS LLP |
| DATED:_____ | _____ |
| | Alexander Nestor |
| | Attorneys for Defendant Hewlett-Packard Company |
| | |
| | LAW OFFICES OF BARRY B. KAUFMAN, *APC* |
| DATED: Oct. 16, 2006 | *[signature]* |
| | Barry B. Kaufman |
| | Attorney for Plaintiff Barry Kliff |

### ORDER

Pursuant to the parties' STIPULATION, and GOOD CAUSE having been shown therefor, IT IS SO ORDERED:

DATED:   10/18/2006

*[signature]*

The Honorable James Ware
United States District Judge