1  MELINDA S RIECHERT, State Bar No. 65504
   ALEXANDER NESTOR, State Bar No. 202795
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel: 650.843.4000
   Fax: 650.843.4001
5  E-mail: mriechert@morganlewis.com

6  Attorneys for Defendant
   HEWLETT-PACKARD COMPANY

7

8  BARRY B. KAUFMAN, ESQ., SBN 113586
   LAW OFFICES OF BARRY B. KAUFMAN, *APC*
9  16133 Ventura Blvd., Suite 700
   Encino, California 91436
10 Tel: 818.995.9115
   Fax: 818.995.9120
11 E-mail: bbkaufman@earthlink.net

12 Attorney for Plaintiff
   BARRY KLIFF

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 | BARRY KLIFF,                              | Case No. C-05-01438 JW
17 |                                           |
   |                    Plaintiff,             | STIPULATION AND [PROPOSED]
18 |                                           | ORDER CONTINUING DISCOVERY
   |          vs.                              | CUT-OFF DATE, EXPERT WITNESS
19 |                                           | DISCLOSURE DATES, AND TRIAL
   | HEWLETT-PACKARD COMPANY, a                | SETTING CONFERENCE DATES
20 | Delaware Corporation; and DOES 1
   | through 50, inclusive.
21 |
   |                    Defendants.
22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
    PALO ALTO

1-PA/3617910.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING DISCOVERY CUT-OFF
DATE – CASE NO. (C-05-01438 JW)

1   WHEREAS, the parties filed, and the Court approved, a stipulation on May 4, 2006,
2   requesting that the Court continue the scheduled expert disclosure and discovery cut-off dates
3   because the parties believed the case was ripe for Defendant to file a summary judgment motion
4   and it was in their best interests, as well as the Court's, to litigate Defendant's summary judgment
5   motion before expending further time and resources completing discovery, including additional
6   depositions and expert discovery;

7   WHEREAS, the parties filed, and the Court approved, a stipulation on September 12,
8   2006, requesting that the Court continue the scheduled expert disclosure and discovery cut-off
9   dates again because the Court continued the hearing date on Defendant's summary judgment
10  motion until September 25, 2006 due to its unavailability, and then to October 3, 2006, due to
11  Plaintiff's request;

12  WHEREAS, the Court took Defendant's motion under submission following the hearing
13  on October 3, 2006;

14  WHEREAS, the parties filed, and the Court approved, a stipulation on October 18, 2006,
15  requesting that the Court continue the scheduled expert disclosure and discovery cut-off dates
16  again pending the Court's ruling on Defendant's summary judgment motion so that the parties
17  could avoid expending further time and resources completing discovery, including additional
18  depositions and expert discovery;

19  WHEREAS, the parties filed, and the Court approved, a stipulation on November 16,
20  2006, requesting that the Court continue the scheduled expert disclosure and discovery cut-off
21  dates again pending the Court's ruling on Defendant's summary judgment motion so that the
22  parties could avoid expending further time and resources completing discovery, including
23  additional depositions and expert discovery;

24  WHEREAS, Defendant's summary judgment motion is still pending;

25  THEREFORE, the parties stipulate and hereby respectfully request that the Court issue an
26  order continuing the following dates as indicated so that the parties can avoid expending further
27  time and resources completing discovery, including additional depositions and expert discovery,
28  until the Court rules on Defendant's motion:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3617910.1                    1                    STIPULATION AND [PROPOSED] ORDER
                                                       CONTINUING DISCOVERY CUT-OFF
                                                       DATE – CASE NO. (C-05-01438 JW)

1) Last day for designated expert witnesses to produce their Rule 26 Reports is February 2, 2007;

2) Last day for Fact Discovery and Expert Discovery is February 23, 2007;

3) Last day to file/lodge the Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order with chambers is March 23, 2007;

4) The Preliminary Pretrial and Trial Setting Conference is March 26, 2007.

MORGAN, LEWIS & BOCKIUS LLP

DATED: December 8, 2006

_____
Alexander Nestor
Attorneys for Defendant Hewlett-Packard Company

LAW OFFICES OF BARRY B. KAUFMAN, *APC*

DATED: December 8, 2006

_____
Barry B. Kaufman
Attorney for Plaintiff Barry Kliff

**ORDER**

Pursuant to the parties' STIPULATION, and GOOD CAUSE having been shown therefor, IT IS SO ORDERED:

DATED: 12/11/2006

_____
The Honorable James Ware
United States District Judge