United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Barry Kliff,

Plaintiff,

v.

Hewlett-Packard Company, et al.,

Defendants.

_____________________________________/

NO. C 05-01438 JW

**JUDGMENT**

Pursuant to the Court's December 21, 2006 Order Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendants Hewlett-Packard Company and Yvonne Hunt, against Plaintiff Barry Kliff.

The Clerk shall close this file.

Dated: December 21, 2006

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexander Nestor anestor@morganlewis.com
Barry B. Kaufman bbkaufman@earthlink.net
Melinda S. Riechert mriechert@morganlewis.com

**Dated: December 21, 2006** **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**